**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CLYDE R. LONG,
ADC # 137424**                                                                                          **PLAINTIFF**

**V.**                          **No. 5:09CV00015 SWW-BD**

**DR. BROUGHTON,** *et al.*                                                              **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere (docket entry #27). The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion for default judgment (docket entry #25) is DENIED.

IT IS SO ORDERED THIS 2ND DAY OF APRIL, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE