**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CLYDE R. LONG,
ADC # 137424**                                                                                          **PLAINTIFF**

V.                              No. 5:09CV00015 SWW-BD

**STEPHEN BROUGHTON,** *et al.*                                                       **DEFENDANTS**

**ORDER**

Now pending is Plaintiff's motion to compel (docket entry #109). In his motion, Plaintiff complains that Defendant Broughton has not responded to Plaintiff's second set of interrogatories filed in this matter on July 9, 2009 (#89). Defendant Broughton now has responded to Plaintiff's motion (#120). In his response, Defendant Broughton admits that he has not responded to Plaintiff's discovery requests, but states that Plaintiff agreed to provide Defendant Broughton additional time to respond to the discovery requests after Plaintiff completed a medical release form. Accordingly, at this time, the Court DENIES Plaintiff's motion to compel (#109).

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE