# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CLYDE R. LONG**                                                                              **PLAINTIFF**

**V.**                              **No. 5:09CV00015 SWW-BD**

**STEPHEN BROUGHTON,** *et al.*                                                **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (docket entry #221) from Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to dismiss filed by Defendants Lytle (docket entry #217) is GRANTED. All claims against Defendant Lytle are dismissed without prejudice.

IT IS SO ORDERED, this 1st day of April, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE