# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLYDE R. LONG**                                                                                               **PLAINTIFF**

**V.**                                         **No. 5:09CV00015 SWW-BD**

**STEPHEN BROUGHTON,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion to dismiss and the supplemental motion to dismiss filed by Defendants Roberts and Couture are GRANTED. (Docket entries #224 and #243) All claims against Defendants Roberts and Couture are dismissed without prejudice.

IT IS SO ORDERED, this 7th day of July 2010.


                                                            /s/Susan Webber Wright
                                                            UNITED STATES DISTRICT JUDGE