**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**CLYDE R. LONG**                                                                                                  **PLAINTIFF**

**V.**                                         **No. 5:09CV00015 SWW-BD**

**STEPHEN BROUGHTON,** *et al.*                                                            **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Defendant R. L. Toney (deceased) are dismissed without prejudice for failure to comply with the Court's Order of April 7, 2010.

IT IS SO ORDERED, this 6th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE