**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CLYDE R. LONG**                                                                                    **PLAINTIFF**

V.                              No. 5:09CV00015 SWW-BD

**STEPHEN BROUGHTON,** *et al.*                                                       **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

The motion for summary judgment filed by Defendants Broughton and York (docket entry #259) is GRANTED. Plaintiff's claim against Defendant Broughton is DISMISSED with prejudice. Plaintiff's claim against Defendant York is DISMISSED without prejudice.

IT IS SO ORDERED, this 9th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE