# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CLYDE R. LONG**                                                                       **PLAINTIFF**

V.                     **No. 5:09CV00015 SWW-BD**

**STEPHEN BROUGHTON,** *et al.*                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 9th day of December, 2010.

                                           /s/Susan Webber Wright
                                           UNITED STATES DISTRICT JUDGE